UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | |
|---|---|
| RODNEY DURHAM and ARNOLD FRIEDMAN, Individually And On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>WHITNEY INFORMATION NETWORK, INC., RUSSELL A. WHITNEY, RONALD S. SIMON, ALFRED R. NOVAS, JOHN F. KANE, NICHOLAS S. MATURO, RANCE MASHECK and EHRHART KEEFE STEINER & HOTTMAN PC,<br><br>    Defendants. | **CASE NO. 2:06-cv-00687-MMH-DNF** |

**(Dispositive Motion)**
**DEFENDANTS' MOTION TO DISMISS THE**
**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**
**FILED ON DECEMBER 8, 2008**

Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67 (1995), defendants Whitney Information Network, Inc., Russell A. Whitney, Ronald S. Simon, Alfred R. Novas, John F. Kane and Nicholas S. Maturo (collectively, "Defendants") respectfully move to dismiss the Consolidated Amended Class Action Complaint [D.E. #96] filed by plaintiffs in this action for failure to state a cause of action, failure to allege fraud with particularity, failure to allege loss causation and failure to allege an efficient market. In support of this motion, Defendants

{M2773538;1}

submit a separate Memorandum of Law in Support of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint filed on December 8, 2008.

Respectfully submitted,

| | |
|---|---|
| **AKERMAN SENTERFITT**<br>One Southeast Third Avenue, 25th Floor<br>Miami, Florida  33131<br>Tel:  (305) 374-5600<br>Fax:  (305) 374-5095<br><br>By:  /s/ Samantha J. Kavanaugh<br>       Brian P. Miller, Esq.<br>       Florida Bar No. 0980633<br>       brian.miller@akerman.com<br>       Samantha J. Kavanaugh, Esq.<br>       Florida Bar No. 0194662<br>       samantha.kavanaugh@akerman.com<br><br>*Attorneys for Defendants Whitney Information Network, Inc., Alfred R. Novas and John F. Kane* | **JOHN C. DOTTERRER**<br>**COUNSELLORS AT LAW, P.A.**<br>125 Worth Avenue, Suite 310<br>Palm Beach, FL 33480<br>Tel: (561) 802-3808<br>Fax: (561) 802-3318<br><br>By:  /s/ John C. Dotterrer (by SJK with express permission)<br>       John C. Dotterrer, Esq.<br>       Florida Bar No. 267260<br>       dottj@dottlaw.com<br><br><br><br>*Attorneys for Defendant Ronald S. Simon* |
| **HOLLAND & KNIGHT LLP**<br>701 Brickell Avenue, Suite 3000<br>Miami, Florida  33131<br>Tel:  305-374-8500<br>Fax:  305-789-7799<br><br>By:  /s/ Tracy Nichols (by SJK with express permission)<br>       Tracy Nichols, Esq.<br>       Florida Bar No. 0454567<br>       tracy.nichols@hklaw.com<br>       Louise McAlpin, Esq.<br>       Florida Bar No. 983810<br>       louise.mcalpin@hklaw.com<br><br>*Attorneys for Defendant Nicholas S. Maturo* | **ZUCKERMAN SPAEDER LLP**<br>101 E. Kennedy Boulevard, Suite 1200<br>Tampa, FL  33602<br>Phone:  (813) 221-1010<br>Fax:  (813) 223-7961<br><br>By:  /s/ Morris Weinberg (by SJK with express permission)<br>       Morris Weinberg, Jr., Esq.<br>       Florida Bar No. 0486401<br>       sweinberg@zuckerman.com<br>       Nathan M. Berman, Esq.<br>       Florida Bar No. 0329230<br>       nberman@zuckerman.com<br><br>*Attorneys for Defendant Russell A. Whitney* |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 30, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

                                          /s/ Samantha J. Kavanaugh  
                                         Attorney

{M2773538;1}