UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

RODNEY DURHAM, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.                                                  Case No. 06-CV-00687

WHITNEY INFORMATION NETWORK,      HONORABLE AVERN COHN
INC., RUSSELL A. WHITNEY, RONALD S.
SIMON, ALFRED R. NOVAS, JOHN F. KANE,
NICHOLAS S. MATURO, RANCE MASHECK,
and EHRHART KEEFE STEINER & HOTTMAN,
PC.,

    Defendants.

_____/

## **ERRATA**

      On November 11, 2009, the Court entered a Decision and Order Granting Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint Filed on December 8, 2008 (Dkt. # 101) and Granting Defendant Ehrhardt Keefe Steiner & Hottman PC's Motion to Dismiss (Dkt. # 103) and Dismissing the Case.

      The Decision is corrected as follows:

-     The court identified in the caption should be the Middle District of Florida

-     The first full sentence on page 35 states in part: "the indictment of two former Whitney employees . . ." It should read "the indictment of two former Whitney independent contractors . . ."

-     Footnote 9 on page 35 states in part: "Two former Whitney employees . . ." It should read "Two former Whitney independent contractors . . ."

                                                      s/Avern Cohn
                                                      AVERN COHN
Dated: November 13, 2009                 UNITED STATES DISTRICT JUDGE
       Detroit, Michigan